UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KAYLYN SUZANNE SKINNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-358-JWD-RLB** |
| **COMMISSIONER OF SOCIAL SECURITY** | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 14, 2024 (Doc. 16), to which no objection was filed;

**IT IS ORDERED** that the decision of the Social Security Administration is **AFFIRMED**, and that Plaintiff's appeal is **DISMISSED** with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>May 30, 2024</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
